

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL RODRIGUEZ CARLOS,<br><br>    Petitioner,<br><br>vs.<br><br>LELAND McEWEN, WARDEN,<br><br>    Respondent. | Case No. CV 11-5433-DSF (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("R&R"). Objections to the Report and Recommendation ("Objs.") have been filed by petitioner (through counsel), and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which petitioner has made objections.

    With respect to the three grounds for relief alleged in the Petition and petitioner's request for an evidentiary hearing, the Court accepts the findings and recommendations of the Magistrate Judge.

    In his objections, petitioner also has raised for the first time a cumulative error claim. Petitioner made no such cumulative error claim in either of his California Supreme Court filings, and the Court therefore will exercise its discretion to decline

to consider such claim because it is unexhausted and 28 U.S.C. § 2254(b) precludes a federal court from granting habeas relief with respect to an unexhausted claim. See also, e.g., Lopez v. Dexter, 375 Fed. Appx. 724, 2010 WL 1452599, at *1 (9th Cir. Apr. 13, 2010) (now citable for its persuasive value pursuant to Ninth Circuit Rule 36-3) (ruling that district court appropriately had rejected petitioner's claim on the basis that it improperly surfaced for the first time in his Traverse to the state's Answer); Cacoperdo v. Demosthenes, 37 F.3d 504, 507-08 (9th Cir. 1994) ("A Traverse is not the proper pleading to raise additional grounds for relief."), cert. denied, 514 U.S. 1026 (1995); cf. Greenhow v. Secretary of Health & Human Servs., 863 F.2d 633, 638–39 (9th Cir. 1988) ( "[A]llowing parties to litigate fully their case before the magistrate and, if unsuccessful, to change their strategy and present a different theory to the district court would frustrate the purpose of the Magistrates Act."), overruled on other grounds by United States v. Hardesty, 977 F.2d 1347, 1348 (9th Cir. 1992) (en banc) (per curiam), cert. denied, 507 U.S. 978 (1993).

IT THEREFORE IS ORDERED that petitioner's request for an evidentiary hearing is denied; and that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 8/2/12

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE