JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL RODRIGUEZ CARLOS,<br><br>Petitioner,<br><br>vs.<br><br>LELAND McEWEN, WARDEN,<br><br>Respondent. | Case No. CV 11-5433-DSF (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/2/12

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE